No. 87–414. POLYAK v. BOSTON ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5523. DeNARDO v. ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5231. MALONE v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the first question presented, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed October 5, 1987. THE CHIEF JUSTICE dissents.

No. — – ——. CLARK-COWLITZ JOINT OPERATING AGENCY v. FEDERAL ENERGY REGULATORY COMMISSION. Motion for leave to dispense with printing portions of the appendix to the petition for writ of certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE O'CONNOR would grant the motion. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. — – ——. GREENE v. FRIEND OF THE COURT, POLK COUNTY, IOWA, ET AL. Motion to direct the Clerk to file a petition for writ of certiorari which does not comply with the Rules of this Court denied.

No. — – ——. MILLER v. CALIFORNIA. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. A–272 (87–535). DeBOCK v. FLORIDA. Sup. Ct. Fla. Application to continue stay of proceedings, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–289. GILBERT ET AL. v. SUPERIOR COURT OF CALIFORNIA, TULARE COUNTY, ET AL. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.